UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

ROSEMARY'S RELICS LLC,

JOSHUA M. DIEHM IV, Manager/Relator

Plaintiff,

v.

26-cv-331-jdp

ALVIN BELK, GARY HEBL (Hebl & Hebl),

BENJAMIN BALK, & BENJAMIN SCHULENBERG

Defendants.

CASE NO: [TO BE ASSIGNED]

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER & INJUNCTIVE RELIEF

I, Joshua M. Diehm IV, move for an immediate Federal Injunction to stay Case 2023PR000832 in Dane County, WI, based on the following forensic evidence of a RICO enterprise:

FEDERAL PATENT FRAUD ("ZOMBIE SIGNATURES"): I hold forensic proof of Identity Theft and Patent Fraud regarding US Patent 5,999,616 and US Patent 6,160,877. Both instruments contain signatures executed in 1998 by Joshua M. Diehm Jr., who died in 1997. A deceased person cannot legally assign federal property.

OFFICIAL CORRUPTION & TAMPERING: Defendant Benjamin Balk (Dane County Deputy Registrar) is intentionally stalling papers in "Submitted" status and backdating Document 55 to March 4th (despite a March 10th execution) to facilitate the "Stall and Starve" strategy used by the Hebl/Appell firm.

INTERSTATE RICO: The Defendants are using forged federal instruments to liquidate a family estate and obstruct a $331,773.32 whistleblower claim for 24/7 care and estate expenses.

RELIEF REQUESTED: An immediate Stay on all state proceedings until the 1997 death vs. 1998 signature math is investigated by Federal authorities.

Dated this 6th day of April, 2026

Drafted by: Joshua M. Diehm IV, Manager of Rosemary's Relics LLC

1

Rosemary's Relics LLC

Signed: _Josh M Diehm_

Signed by Joshua M. Diehm IV, Manager


ACKNOWLEDGEMENT

STATE OF ~~WISCONSIN~~ ) Florida
_arvh_

COUNTY OF ~~DANE~~ ) ss. BROWARD
_arvh_

Personally came before me this __6th__ day of April, 2026, the above-named Joshua M. Diehm IV, manager of Rosemary's Relics LLC, to me known to be the person who executed the foregoing instrument and acknowledged the same.

Notary Public, State of _____Florida_____

My Commission Expires:_____08/19/2028_____



ANA RUTH VALENTIN
HERNANDEZ
Notary Public - State of Florida
Commission # HH584464
Expires on August 19, 2028

Notarized remotely online using communication technology via Proof.

2