IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROSEMARY'S RELICS LLC and
JOSHUA M. DIEHM, IV, Manager/Relator,

Plaintiffs,

v.

ALVIN BELK, GARY HEBL
(HEBL & HEBL), BENJAMIN BALK,
and BENJAMIN SCHULENBERG,

Defendants.

OPINION and ORDER

26-cv-331-jdp

---

Plaintiff Joshua M. Diehm, IV, appearing without counsel, brings this lawsuit on behalf of Rosemary's Relics LLC, seeking an injunction staying probate proceedings in the Dane County Circuit Court, *In re Belk*, No. 2023PR832, pending a federal investigation into what Diehm believes are fraudulently signed documents involving the estate.

I will dismiss this case for multiple reasons. This federal court cannot interfere with state-court probate proceedings. *See Marshall v. Marshall*, 547 U.S. 293, 311 (2006). Nor can it initiate a criminal investigation into the misconduct that Diehm alleges. And in any event, Diehm can't bring this lawsuit on behalf of Rosemary's Relics. A limited liability company cannot represent itself or be represented by a non-lawyer. *1756 W. Lake St. LLC v. Am. Chartered Bank*, 787 F.3d 383, 385 (7th Cir. 2015).

ORDER

IT IS ORDERED that:

1.  This case is DISMISSED.

2.  The clerk of court is directed to enter judgment accordingly and close the case.

Entered April 15, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge